IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02616-MEH

ELIZABETH C. ELLS, and
HARRY A. ELLS, JR.,

      Plaintiffs,

v.

ABBOTT MEDICAL OPTICS, INC.,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 12, 2016**.

Before the Court is the Defendant's Unopposed Motion to Vacate and Reset the January 26, 2016 Scheduling Conference [filed January 11, 2016; docket #9].  To permit time for the parties to discuss "early resolution of the case," the Court will **grant** the motion as follows.  The Scheduling Conference currently set for January 26, 2016 is **vacated and rescheduled** to **February 29, 2016, at 10:15 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

It is further ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) **on or before February 8, 2016**. Pursuant to Fed. R. Civ. P. 26(d), only requests pursuant to Fed. R. Civ. P. 34 may be submitted before the Rule 26(f) meeting, unless otherwise ordered or directed by the Court.  Pursuant to Fed. R. Civ. P. 34(b)(2)(A), responses to such discovery requests must be submitted no later than 30 days after the Rule 26(f) meeting, unless the parties stipulate or the Court orders otherwise.

All other aspects of this Court's December 1, 2015 order remain in effect.